IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ILLINOIS STATE PAINTERS WELFARE**
**FUND and PAINTERS DISTRICT**
**COUNCIL #58 FRINGE BENEFIT FUNDS**
**(401K FUND, JOINT APPRENTICESHIP**
**TRAINING FUND, DUES CHECKOFF**
**LABOR-MANAGEMENT COOPERATION**
**INDUSTRY FUND),**

**Plaintiffs,**

**v.**

**ANGELA BRUMMET and LARRY**
**BRUMMET d/b/a AB DRYWALL,**

**Defendants.**                                            **No. 03-CV-226-DRH**

## ORDER

**HERNDON, District Judge:**

      Before the Court is a motion submitted by Defendant Larry Brummet to extend the time in which to file dispositive motions. (Doc. 74.) The Court **GRANTS** this motion (Doc. 74), and **EXTENDS** the time in which to file dispositive motions until March 2, 2006.

      **IT IS SO ORDERED**.

      Signed this 15th day of February, 2006.

      /s/     David RHerndon
      **United States District Judge**