IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ILLINOIS STATE PAINTERS WELFARE
FUND AND PAINTERS DISTRICT COUNCIL
#58 FRINGE BENEFIT FUNDS (401k FUND,
JOINT APPRENTICESHIP TRAINING FUND,
DUES CHECKOFF LABOR-MANAGEMENT
COOPERATION INDUSTRY FUND),**

   **Plaintiffs,**

**vs.**             **No. 03-CV-226-DRH**

**ANGELA BRUMMET, and LARRY BRUMMET
d/b/a AB DRYWALL,**

   **Defendants.**

### ORDER DISMISSING CASE AGAINST DEFENDANT, LARRY BRUMMET, AND RETAINING JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT

   **THIS CAUSE**, coming before the Court on the Stipulation to Dismiss pursuant to Rule 41(a)(1)(ii) and the terms of the written Settlement Agreement, a copy of which is attached to the Stipulation to Dismiss and incorporated into this Order by reference, and the parties further agreeing that the Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.

   **IT IS THEREFORE ORDERED**, that this action against Defendant, LARRY BRUMMET, is dismissed with prejudice. Pursuant to ***Kokkenen v. Guardian Life Insurance Company of America*, 511 U.S. 375 (1994)**, this Court

retains jurisdiction over this matter for the purpose of enforcing the terms of the written Settlement Agreement.

**IT IS SO ORDERED**.

Signed this 3rd day of March, 2006.

/s/          David   RHerndon
**United States District Judge**